AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| EARNESTINE MARTIN <br> *Plaintiff* <br> v. <br> GEORGIA-PACIFIC WOOD PRODUCTS LLC <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:18-cv-655-CWR-LRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GEORGIA-PACIFIC WOOD PRODUCTS LLC
Registered Agent: C T Corporation System
645 Lakeland East Drive, Suite 101
Flowood, Mississippi 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  WATSON & NORRIS, PLLC
Louis H. Watson, Jr., Esquire
1880 Lakeland Drive, Suite G
Jackson, MS 39216-4972

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Arthur Johnston
*CLERK OF COURT*

Date: 9/21/18

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  3:18-CV-655-CWR-LRA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Georgia-Pacific Wood Products, LLC

was received by me on *(date)*   09/22/2018   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   C T Corporation System   , who is

designated by law to accept service of process on behalf of *(name of organization)*

Georgia-Pacific Wood Products, LLC   on *(date)*   09/25/2018   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   09/25/2018

*Server's signature*

Mary Ann Dearman
*Printed name and title*

1880 Lakeland Drive
Suite G
Jackson, Mississippi  39216-4972
*Server's address*

Additional information regarding attempted service, etc: